IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 19 A 10: 42

CLERK *S. LaVictoire*
SO. DIST. OF GA.

| | |
|---|---|
| CARLOS P. RODRIGUEZ, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: CV206-168 |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

Defendant has moved for partial dismissal of Plaintiff's action for relief filed under the Federal Tort Claims Act. Plaintiff is hereby **ORDERED** to file any objections to the Defendant's motion for a partial dismissal, or to otherwise inform the court of his decision not to object to Defendant's motion within twenty (20) days of the date of this Order. If Plaintiff does not respond to Defendant's motion within twenty (20) days, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 19th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)