IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CARLOS P. RODRIGUEZ,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV206-168

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's Motion for Partial Dismissal of Plaintiff's claims is **GRANTED** in part, and **DENIED** in part. That portion of Defendant's Motion seeking dismissal of Plaintiff''s punitive damages claim is **GRANTED**. The portion of said motion seeking the dismissal of Plaintiff's claims of conspiracy, falsification of an incident report, and entitlement to damages from the individually named Defendants is **DISMISSED** as moot.

SO ORDERED, this 16 day of April, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)